IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Adrian Santoyo-Acevedo, et al,

                Plaintiff,

      v.

K & O Contracting LLC , et al,

                Defendant.

No. CV 09-408-BR

**JUDGMENT OF DISMISSAL**

Based on the Stipulated Motion to Dismiss (#22) in this matter,

IT IS HEREBY ADJUDGED THAT this matter is DISMISSED with prejudice as to all claims by plaintiffs.

Dated this   23rd   day of October, 2009.

                                        /s/ Anna J. Brown
                                        Anna J. Brown
                                        United States District Judge